B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bilis, Leon** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Leonid Bilis** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4317** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3917 Charlie Court**<br>**Glenview, IL**<br>ZIP Code **60026** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                       Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bilis, Leon** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Marianna Bilis** | Case Number:<br>**12-38024** | Date Filed:<br>**9/25/12** |
|---|---|---|
| District:<br>**Northern District of Illinois** | Relationship:<br>**Spouse** | Judge:<br>**Jack B. Schmetterer** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Bilis, Leon** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Leon Bilis**
Signature of Debtor  **Leon Bilis**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October  2, 2012**
Date

### Signature of Attorney*

X  **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name
**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**

Address

**Email: alex@alexkaplanlegal.com**
**(847) 509-9800  Fax: (847) 509-9801**
Telephone Number

**October  2, 2012**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Leon Bilis**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Leon Bilis**
                                     **Leon Bilis**

Date:    **October  2, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Leon Bilis**                                                    ,     Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,400,000.00 | | |
| B - Personal Property | Yes | 3 | 2,125.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,127,489.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 17,828,815.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,662.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,825.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| | | Total Assets | 1,402,125.00 | | |
| | | | Total Liabilities | 18,956,304.36 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Leon Bilis**                                                              ,    Case No. _____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Leon Bilis**                                                                                   ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence:**<br>**3917 Charlie Court**<br>**Glenview, Illinois 60026** | **Joint tenant** | **J** | **650,000.00** | **684,385.00** |
| **Investment/Condominium:**<br>**3001 S. Ocean Drive**<br>**Hollywood, FL 33019** | **Joint tenant** | **J** | **250,000.00** | **443,104.00** |
| **Investment/Commercial**<br>**1148 Waukegan Road**<br>**Glenview, Illinois 60025** | | **-** | **500,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,400,000.00** | (Total of this page) |
| Total > | **1,400,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Leon Bilis**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at US Bank** | - | 500.00 |
| | | | **Checking account at Devon Bank** | - | 100.00 |
| | | | **Savings account at US Bank** | - | 25.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | - | 1,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Necessary wearing apparel** | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance** **No cash surrender value** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **2,125.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Leon Bilis**                                                   ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Leon Bilis**
_____ ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >        2,125.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Leon Bilis**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Residence:** | **735 ILCS 5/12-901** | **15,000.00** | **650,000.00** |
| **3917 Charlie Court** | | | |
| **Glenview, Illinois 60026** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at US Bank** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Checking account at Devon Bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Savings account at US Bank** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **General and ordinary household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |

| | | Total: | **17,125.00** | **652,125.00** |
|---|---|---|---|---|

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re  **Leon Bilis**
_____,     Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **500790000000005/ 12-CH-31692** <br><br> **Amr Eagle Bk** <br> **556 Randall Road** <br> **South Elgin, IL 60177** | X | - | **Opened  5/24/10** <br><br> **Second Mortgage** <br><br> **Single Family Residence:** <br> **3917 Charlie Court** <br> **Glenview, Illinois 60026** | | | X | | |
| | | | Value $       **650,000.00** | | | | **109,339.00** | **34,385.00** |
| Account No. **079695128** <br><br> **Bank of America** <br> **PO Box 650071** <br> **Dallas, TX 75265-0071** | | - | **2006** <br><br> **Mortgage** <br><br> **Single Family Residence:** <br> **3917 Charlie Court** <br> **Glenview, Illinois 60026** | | | X | | |
| | | | Value $       **650,000.00** | | | | **575,046.00** | **0.00** |
| Account No. **1560704192756** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | - | **Opened  9/02/05** <br><br> **Mortgage** <br><br> **Investment/Condominium:** <br> **3001 S. Ocean Drive** <br> **Hollywood, FL 33019** | | | X | | |
| | | | Value $       **250,000.00** | | | | **367,923.00** | **117,923.00** |
| Account No. **429400941358** <br><br> **Chase** <br> **PO Box 901039** <br> **Fort Worth, TX 76101** | X | - | **9/03/05** <br><br> **Second Mortgage** <br><br> **Investment/Condominium:** <br> **3001 S. Ocean Drive** <br> **Hollywood, FL 33019** | | | X | | |
| | | | Value $       **250,000.00** | | | | **75,181.00** | **75,181.00** |

  **0**   continuation sheets attached

|  | Subtotal <br> (Total of this page) | **1,127,489.00** | **227,489.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **1,127,489.00** | **227,489.00** |

B6E (Official Form 6E) (4/10)

.

In re   **Leon Bilis**                                                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Leon Bilis**
_____ ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **08203** <br><br> **ADAMS System** <br> **30500 State HWY 181 suite 462** <br> **Spanish Fort, AL 36527** | X | - | | | **Business Debt** | | | | **811.46** |
| Account No. <br><br> **Advanced Auto Center** <br> **3433-37 N. Pulaski Rd.** <br> **Chicago, IL 60641** | X | - | | | **Business Debt.** | | | X | **50,000.00** |
| Account No. <br><br> **AFC** <br> **3434 Colony Bay Drive** <br> **Rockford, IL 61109** | X | - | | | **Business Debt** | | | X | **148,547.45** |
| Account No. <br><br> **Aleksander Petlakh** <br> **4115  Florence Way** <br> **Glenview, IL 60025** | X | - | | | **Business debt** | | | | **70,000.00** |

|  |  |
|---|---|
| __28__   continuation sheets attached | Subtotal <br> (Total of this page)   **269,358.91** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                           ,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Aleksandr Troyanovskiy 1755 Braeside Ln. Northbrook, IL 60062 | X | - | | | | | X | | 200,000.00 |
| Account No. | | | | | Business Debt | | | | |
| Alex Boltin 425 Huel Rd. Unit B Northbrook, IL 60062 | X | - | | | | | | | 125,000.00 |
| Account No. | | | | | Business debt | | | | |
| Alex Lipets 900 Skokie Blvd. Suite 220 Northbrook, IL 60062 | X | - | | | | | X | | 500,000.00 |
| Account No. | | | | | Business debt | | | | |
| Alex Zdanov 900 Skokie Blvd Suite 220 Northbrook, IL 60062 | X | - | | | | | X | | 500,000.00 |
| Account No. | | | | | Business Debt | | | | |
| ALLDATA 9650 W. Taron DR. Ste.100 Elk Grove, CA 95757 | X | - | | | | | | | 779.96 |

Sheet no. __1__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,325,779.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **12-CH-01971**<br><br>**American Chartered Bank**<br>**c/o Latimer Levay Fyock, LLC**<br>**55 West Monroe St., Ste. 1100**<br>**Chicago, IL 60603** | | - | | Forclosure on property located at 3601 Buffalo Grove Road, Buffalo Grove, Illinois; in name of 3601 Buffalo Grove Road, LLC; personally guranteed by debtor. | | X | | 485,308.00 |
| Account No. **604662201**<br><br>**American Chartered Bank**<br>**1199 E. Higgins Road**<br>**Schaumburg, IL 60173** | | - | | Business debt | | | | 475,000.00 |
| Account No. **12-L-5938**<br><br>**American Eagle Bank**<br>**c/o Aronberg Goldgehn**<br>**330 N. Wabash Ave., Ste. 1700**<br>**Chicago, IL 60611** | | - | | Breach of Contract/Personal Guarantee; commercial. | | X | | 58,249.00 |
| Account No. **12-L-5938**<br><br>**American Eagle Bank**<br>**c/o Aronberg Goldgehn**<br>**330 N. Wabash Ave., Ste. 1700**<br>**Chicago, IL 60611** | | - | | Breach of contract suit; commerical. | | X | | 89,965.00 |
| Account No. **10700-11**<br><br>**American Eagle Bank**<br>**556 Randall Road**<br>**South Elgin, IL 60177** | X | - | | Bussiness Debt | | X | | 754,303.37 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,862,825.37**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                                    ,          Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00010087000-11** | | | **Business debt** | | | | |
| **American Eagle Bank** **556 Randall Road** **South Elgin, IL 60177** | X | - | | | | | 773,587.16 |
| Account No. **1294500000000001/12-L-050407** | | | **Opened  5/03/11** **Automobile loan; commercial.** | | | | |
| **Amr Eagle Bk** **556 Randall Road** **South Elgin, IL 60177** | | - | | | X | | 55,945.00 |
| Account No. **1251010000000001/12-L-050407** | | | **Opened  2/11/10** **Automobile; commercial.** | | | | |
| **Amr Eagle Bk** **556 Randall Road** **South Elgin, IL 60177** | | - | | | X | | 45,952.00 |
| Account No. **1181420000000001/12-L-050407** | | | **Opened  1/22/08** **Automobile; commercial.** | | | | |
| **Amr Eagle Bk** **556 Randall Road** **South Elgin, IL 60177** | | - | | | X | | 34,258.00 |
| Account No. | | | **Business Debt** | | | | |
| **Anna Zinoviev** **1852 Admiral Ct.** **Glenview, IL 60025** | X | - | | | X | | 200,000.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,109,742.16 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**
                                          ,              Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **688622001** | | | | Business Debt | | | | |
| **Aramark Uniforms Services AUCA Chicago market Center Lockbox Chicago, IL 60673** | X | - | | | | | | 1,107.41 |
| Account No. | | | | Bussiness Account | | | | |
| **Arkadiy Starobin 6847 Lockwood Ave Skokie, IL 60077** | X | - | | | | | X | 150,000.00 |
| Account No. **00269** | | | | Business Debt | | | | |
| **Arlington Acura 1275 E. Dundee Palatine, IL 60074** | X | - | | | | | | 773.16 |
| Account No. **2100-79038** | | | | Businees Debt | | | | |
| **Arlington Automotive Group, Inc. 2095 N. Rand Road Palatine, IL 60074** | X | - | | | | | | 1,362.55 |
| Account No. | | | | Business Debt | | | | |
| **Arlington Nissan 1100 W. Dundee Rd. Arlington Heights, IL 60004** | X | - | | | | | | 521.46 |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     153,764.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**                                                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Atlantic Global LLC**<br>**1250 Newark Turnpike**<br>**Kearny, NJ 07032** | X | - | **Business Debt** | | | | 10,000.00 |
| Account No. **82097**<br><br>**Auto Trader.com Inc.**<br>**P.O.Box 932207**<br>**Atlanta, GA 31393** | X | - | **Business Debt** | | | | 2,960.00 |
| Account No. **49D71201CC002163**<br><br>**Automotive Finance Corp.**<br>**c/o Rubin & Levin, P.C.**<br>**342 Massachusetts Ave., Ste. 500**<br>**Indianapolis, IN 46204-2161** | | - | **Corporate loan; personlly guaranteed by debtor.** | | X | | 331,607.00 |
| Account No. **xxx-xx-4317**<br><br>**Bank Financial**<br>**6415 West 95th Street**<br>**Chicago Ridge, IL 60415-2600** | | - | **Personal guaranty on mortgages for (1) 1155 Waukegan Road, (2) 1148 Waukegan Road, & (3) 1200 Waukegan Road, Glenview, Illinois (for Glenview Development Group, LLC (deficiency aprox).** | | X | | 1,000,000.00 |
| Account No. **1902033100,1902033118,19020329**<br><br>**Bank Financial**<br>**One marriott Drive**<br>**Lincolnshire, IL 60069** | X | - | **Business debt** | | | | 2,230,395.94 |

Sheet no. __5__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,574,962.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **150557/220** | | | | | Business Debt | | | | |
| **Bill Stasek Chevrolet**<br>**700 W. Dundee Rd.**<br>**Wheeling, IL 60090** | X | - | | | | | | | 42.00 |
| Account No. **5200012999927264** | | | | | Opened  3/01/97<br>Credit account. | | | | |
| **Bk Of Amer**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | | - | | | | | X | | 26,567.00 |
| Account No. **374631999715790** | | | | | Opened 11/01/05<br>Credit account. | | | | |
| **Bk Of Amer**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | | - | | | | | X | | 1,741.00 |
| Account No. **374631207590944** | | | | | Opened 11/01/05<br>Credit account. | | | | |
| **Bk Of Amer**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | | - | | | | | X | | 1,533.00 |
| Account No. | | | | | Business debt | | | | |
| **Boris Labinov**<br>**18 N. Ada st. #B**<br>**Chicago, IL 60607** | X | - | | | | | | | 300,000.00 |

Sheet no. __6__ of __28__ sheets attached to Schedule of                                  Subtotal                          329,883.00
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Boris Weiserman**<br>**2422 Sawgrass Court**<br>**Deerfield, IL 60015** | X | - | | **Bussiness Debt** | | X | | 1,500,000.00 |
| Account No. **12-M2-159**<br><br>**Buffalo Grove Prof.**<br>**c/o Leon Zelechowski, Ltd.**<br>**111 W. Washington, Unit 1051**<br>**Chicago, IL 60602** | | - | | **Breach of commercial lease & personal guarantee.** | | X | | 183,018.00 |
| Account No. <br><br>**Buffalo Grove Professional Building**<br>**150 Oakwood**<br>**Buffalo Grove, IL 60089** | X | - | | **Business Debt** | | | | 183,018.00 |
| Account No. **120017653845**<br><br>**Cach, Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO 80237** | | - | | **Opened 5/17/12 Last Active 10/01/11 Collection Mbna America N.A.; Credit account.** | | X | | 9,560.00 |
| Account No. **120017653844**<br><br>**Cach, Llc**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO 80237** | | - | | **Opened 5/17/12 Last Active 10/01/11 Collection Mbna America N.A.; Credit account.** | | X | | 2,982.00 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,878,578.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6409** | | | | | Business Debt | | | | |
| Carfax 5860 Trinity Parkway Suite 600 Centreville, VA 20120-1967 | X | - | | | | | | | 4,500.00 |
| Account No. **D29127** | | | | | Business Debt | | | | |
| CDMdata Inc PO Box 935214 Atlanta, GA 31193 | X | - | | | | | | | 129.00 |
| Account No. **4388576033658678** | | | | | Opened 12/27/05 Credit account. | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | - | | | | | X | | 5,218.00 |
| Account No. **400452528500296000** | | | | | Business Debt | | | | |
| Chase Auto Finance 201 N. Central Ave. Floor 12 Phoenix, AZ 85004 | X | - | | | | | | | 859.40 |
| Account No. **75122** | | | | | Business Debt | | | | |
| Chicago Office Technology 4 Territorial Court Bolingbrook, IL 60440 | X | - | | | | | | | 83.46 |

Sheet no. __8___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,789.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis** ,        Case No. _____

                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **42988** <br><br> **Chicago Sprinkler Company** <br> **8506 N. Kedvale Ave.** <br> **Skokie, IL 60076** | X | - | Business Debt | | | | 407.50 |
| Account No. **4147111202239613** <br><br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | - | | Opened 10/18/11 <br> Credit account. | | X | | 8,894.00 |
| Account No. **5082290051273210** <br><br> **Citi Bank** <br> **P.O.Box 6235 Sioux Falls,** <br> **Sioux Falls, SD 57117-6235** | X | - | Business Debt | | | | 105,000.00 |
| Account No. **8771101200159070** <br><br> **Comcast** <br> **2508 west Route 120** <br> **McHenry, IL 60051** | X | - | Business Debt | | | | 508.60 |
| Account No. **90067180981446100000** <br><br> **Comed** <br> **Customer Care Center** <br> **PO Box 87522** <br> **Chicago, IL 60680** | X | - | Business Debt | | | | 891.00 |

Sheet no. __9__ of __28__ sheets attached to Schedule of         Subtotal       | 115,701.10
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**                                                                         ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **211330** | | | | Business Debt | | | | |
| **CU Diresct Corporation** **2855 E.Guasti Rd. Suite 500** **Ontario, CA 91761** | X | - | | | | | | |
| | | | | | | | | 1,185.00 |
| Account No. **7600669-19** | | | | Business Debt | | | | |
| **CVR computerized Vehicle Registrati** **7000 Village Dr** **Buena Park, CA 90621** | X | - | | | | | | |
| | | | | | | | | 106.26 |
| Account No. **1014495** | | | | Business Debt | | | | |
| **Dealer Track** **1111 MArcus Ave. Suite M04** **Lake Success, NY 11042** | X | - | | | | | | |
| | | | | | | | | 933.00 |
| Account No. **1002601** | | | | Business Debt | | | | |
| **Dealerskins** **P.O.Box 3808** **Norfolk, VA 23514** | X | - | | | | | | |
| | | | | | | | | 1,200.00 |
| Account No. | | | | Business Debt | | | | |
| **Design Brigde Ltd.** **1415 West Garbda Ave.** **Chicago, IL 60642** | X | - | | | | | | |
| | | | | | | | | 20,000.00 |

| | | |
|---|---|---|
| Sheet no. _**10**_ of _**28**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 23,424.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis**                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **64063561** <br><br> **Direct TV Inc** <br> **Business Service Center** <br> **P.O. Box 5329** <br> **Miami, FL 33152** | X | - | Business Debt | | | | 500.00 |
| Account No. **6011007970152830** <br><br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | - | Opened  3/20/97 <br> Credit account. | | X | | 16,907.00 |
| Account No. <br><br> **Dmitriy Shraybman** <br> **600 Heathrow Dr.** <br> **Lincolnshire, IL 60069** | | - | Business Debt | | X | | 0.00 |
| Account No. <br><br> **EBAY Inc** | X | - | Business Debt | | | | 4,467.18 |
| Account No. <br><br> **Elite Motors Inc.** <br> **822 N. Lake St.** <br> **Mundelein, IL 60060** | X | - | Business debt | | | | 100,000.00 |

Sheet no. __11__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121,874.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                      ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | | |
| Ella Shafran 1806 Avalon Dr. Wheeling, IL 60090 | | - | | | | X | | 120,000.00 |
| Account No. | | | Business Debt | | | | | |
| EMC Invest 900 Skokie Blvd. suite 220 Northbrook, IL 60062 | | - | | | | X | | 1,000,000.00 |
| Account No. EIG107444703 | X | - | Business Debt | | | | | |
| Employers Preffed Inc. Co 13890 Bishop Drive, Suite 210 Brookfield, WI 53005 | | | | | | | | 1,615.83 |
| Account No. 1422636 | X | - | Business Debt | | | | | |
| Euclid managers 234 Spring lake Dr. Itasca, IL 60143 | | | | | | | | 436.28 |
| Account No. | X | - | Business Debt | | | | | |
| FB Construction 2825 Woodland Dr. Northbrook, IL 60062 | | | | | | | | 30,000.00 |

Sheet no. __12__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **1,152,052.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis** _____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Felix Bolotin 2825 Woodland Dr. Northbrook, IL 60062 | X | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| GE Capital Retail Bank P.O. Box 981439 El Paso, TX 79998 | X | - | | | | | | 10,000.00 |
| Account No. | | | | Business Debt | | | | |
| Gene Silin 1244 Victory Square Moscow, Russia | X | - | | | | | | 100,000.00 |
| Account No. | | | | Business Debt | | | | |
| Glenview Developmet Group, LLC 900 Skokie Blvd Suite 220 Northbrook, IL 60062 | X | - | | | | | | 0.00 |
| Account No. 8788850004653 | | | | Business Debt | | | | |
| Global Payments Department CBD 10705 Red Run Blvd. Owings Mills, MD 21117 | X | - | | | | | | 20,000.00 |

Sheet no. __13__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **130,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                              ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. **100213894** | | | | Business Debt | | | | |
| Hudson Energy Services, LLC PO Box 142109 Irving, TX 75014 | X | - | | | | | | 7,936.82 |
| Account No. | | | | Business Debt | | | | |
| IG Leasin and Financial LLC 1501 Joliet st. Dyer, IN 46311 | X | - | | | | X | | 800,000.00 |
| Account No. | | | | Business Debt | | | | |
| Igor Nemov 4341 Exeter Ln. Northbrook, IL 60062 | X | - | | | | X | | 125,000.00 |
| Account No. | | | | Business Debt | | | | |
| Intergrated Leasing 734 Walt Whitman Rd. Melville, NY 11747 | X | - | | | | | | 90,000.00 |
| Account No. **40203128** | | | | Business Debt | | | | |
| Irwin Commercil Finance 50 WASHINGTON St. 10th floor Norwalk, CT 06854 | X | - | | | | | | 7,500.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,030,436.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**                                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8321600** | | | | | **Business Debt** | | | | |
| **J&R Automotive, Inc** **889 N.larch** **Elmhurst, IL 60126** | X | - | | | | | | | 13.00 |
| Account No. | | | | | **Business Debt** | | | | |
| **Jan Pro Cleaning of Northern Illino** **16W241 S.Frontage Rd. Suite 33** **Willowbrook, IL 60527** | X | - | | | | | | | 10,866.91 |
| Account No. **2G025** | | | | | **Business Debt** | | | | |
| **K&M Tire-Delphos** **LTZ Box 279;965** **Delphos, OH 45833** | X | - | | | | | | | 508.00 |
| Account No. | | | | | **Business Debt** | | | | |
| **Konstantin Morozov** **401 Valley View Rd. Unit B** **Barrington, IL 60010** | X | - | | | | | X | | 250,000.00 |
| Account No. | | | | | **Business Debt** | | | | |
| **L&Z Develement** **900 Skokie Blvd., Suite 220** **Northbrook, IL 60062** | X | - | | | | | X | | 300,000.00 |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

561,387.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Larchenko Vasiliy**<br>**2182 Second St**<br>**Northbrook, IL 60062** | X | - | | **Business Debt** | | | | 123,000.00 |
| Account No. **15992**<br><br>**Lease Consultans Corporation**<br>**P.O. Box 71397**<br>**Des Moines, IA 50325** | X | - | | **Business Debt** | | | | 7,900.00 |
| Account No. **110394-001**<br><br>**Lease Corporation of America**<br>**3150 Livernoise Rd. Suite 300**<br>**Troy, MI 48083** | X | - | | **Business Debt** | | | | 15,000.00 |
| Account No.<br><br>**Leonid and Mila Gutkin**<br>**217 Old Oak Ct. West**<br>**Buffalo Grove, IL 60089** | X | - | | **Business Debt** | | X | | 135,000.00 |
| Account No. **241944**<br><br>**LKQ**<br>**2247 W. 139th St. Blue**<br>**Blue Island, IL 60406** | X | - | | **Business Debt** | | | | 86.50 |

Sheet no. __**16**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    280,986.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**                                          ,          Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| **MAFS** **6205 Peachtree Dunwoody Rd.** **Atlanta, GA 30328** | X | - | | | | X | | 900,000.00 |
| Account No. | | | | Business Debt | | | | |
| **MAN Marketing Inc** **765 Kimberly Dr** **Carol Stream, IL 60188** | X | - | | | | | | 3,240.00 |
| Account No. | | | | Business Debt | | | | |
| **Mark Kachar** **181 W FoxHill Dr.** **Buffalo Grove, IL 60089** | | - | | | | X | | 50,000.00 |
| Account No. 3483263 | | | | Opened  1/23/08 Automobile; vehicle not in debtor's possession; commerical. | | | | |
| **Mb Financial Bank** **6111 N River Rd** **Rosemont, IL 60018** | | - | | | | X | | 33,238.00 |
| Account No. 120017653844 | | | | Business credit account; pesonally guaranteed by debtor. | | | | |
| **MBNA America, N.C.** **c/o Cach, LLC/P Scott Lowery, PC** **5680 Greenwood Plaza, Ste. 500** **Englewood, CO 80111** | | - | | | | X | | 2,982.00 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

989,460.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**                                                                    ,        Case No. _____

    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **120017653845**<br><br>**MBNA America, N.C.**<br>**c/o Cach, LLC/P Scott Lowery, PC**<br>**5680 Greenwood Plaza, Ste. 500**<br>**Englewood, CO 80111** | | - | Business credit account; pesonally guaranteed by debtor. | | X | | 9,560.00 |
| Account No. **A12364**<br><br>**MCA Management Company**<br>**PO BOX 480**<br>**High Ridge, MO 63049** | X | - | Business Debt | | | | 2,687.67 |
| Account No.<br><br>**McGrath lexus of Chicago**<br>**1250 Division St.**<br>**Chicago, IL 60642** | X | - | Business Debt | | | | 50,000.00 |
| Account No. **4372333243620**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | Opened 12/01/01 Credit account. | | X | | 3,006.00 |
| Account No.<br><br>**Michael Abramovich**<br>**450 Thorndale Ct.,**<br>**Buffalo Grove, IL 60089** | X | - | Business Debt | | X | | 50,000.00 |

Sheet no. __**18**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    115,253.67

B6F (Official Form 6F) (12/07) - Cont.

In re __Leon Bilis_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Michael Lopatinskiy 1852 Admiral Ct. Glenview, IL 60025 | X | - | | | | | X | | 200,000.00 |
| Account No. | | | | | Business Debt | | | | |
| Michael Roytman 1022 Sussex Dr. Northbrook, IL 60062 | X | - | | | | | X | | 100,000.00 |
| Account No. 6521006715 | | | | | Opened 5/10/12 Collection Integrated Vehicle; commercial vehicle purchase; not in debtor's possession. | | | | |
| Microbilt Collection A 1640 Airport Rd Nw Ste 1 Kennesaw, GA 30144 | | - | | | | | X | | 89,525.00 |
| Account No. | | | | | Business debt | | | | |
| Minna Ink 762 Lacrosse Ave. Wilmette, IL 60091 | X | - | | | | | | | 0.00 |
| Account No. | | | | | Business Debt | | | | |
| Mokin LLC 1755 Braeside Ln Northbrook, IL 60062 | X | - | | | | | X | | 0.00 |

Sheet no. __19__ of __28__ sheets attached to Schedule of                      Subtotal                          389,525.00
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**
                                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **3805** | | | | | Business Debt | | | | |
| **Motor Werks Partners LP** **1475 S. Barrington Rd.** **Barrington, IL 60010** | X | - | | | | | | | 8,282.03 |
| Account No. **3451** | | | | | Business Debt | | | | |
| **NAPA Auto Parts** **82 E. Dundee Rd.** **Wheeling, IL 60090** | X | - | | | | | | | 11,671.04 |
| Account No. **260057** | | | | | Business Debt | | | | |
| **National Auto research Division** **P.O. Box 404040** **Atlanta, GA 30384** | X | - | | | | | | | 814.00 |
| Account No. **110902670** | | | | | Business Debt | | | | |
| **National Credit Center, Inc.** **2605 Camino Del Rio South** **4th Floor** **San Diego, CA 92108** | X | - | | | | | | | 319.92 |
| Account No. **1.11E+09** | | | | | Business Debt | | | | |
| **National Credit Center, Inc.** **2605 Camino Del Rio South** **4th Floor** **San Diego, CA 92108** | X | - | | | | | | | 50.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,136.99

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| New World Fundings, Inc. | X | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **6.72+10** | | | | Business Debt | | | | |
| Nicor Gas PO Box 0632 Aurora, IL 60507 | X | - | | | | | | |
| | | | | | | | | 1,258.63 |
| Account No. **14991616A** | | | | Business Debt | | | | |
| Northern Leasing Systems, Inc 132 West 31st Street, 14th Floor New York, NY 10001-3405 | X | - | | | | | | |
| | | | | | | | | 584.72 |
| Account No. **2201898** | | | | Business Debt | | | | |
| NOWCOM 4751 Wilshire Blvd. Suite 115 Los Angeles, CA 90010 | X | - | | | | | | |
| | | | | | | | | 213.13 |
| Account No. | | | | Business Debt | | | | |
| Oksana Kortchak 120 Oakhill Dr Wood Dale, IL 60191 | X | - | | | | | X | |
| | | | | | | | | 160,000.00 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **162,056.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Leon Bilis**                                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **461108** | | | | Business Debt | | | | |
| **Otis Elevator Company** **949 Oak Creek Drive** **Lombard, IL 60148** | X | - | | | | | | 547.26 |
| Account No. **8000-9 000-0503-6680** | | | | Business Dect | | | | |
| **Pitney Bowes** **P.O. Box 371874** **Pittsburgh, PA 15250** | X | - | | | | | | 528.49 |
| Account No. | | | | Business Debt | | | | |
| **Pro Finish** **649 Chase Ave.** **Elk Grove Village, IL 60007** | X | - | | | | | | 1,209.99 |
| Account No. | | | | Business Debt | | | | |
| **Raissa Khramova** **7121 W. Niles Rd.,** **Niles, IL 60076** | X | - | | | | | X | 200,000.00 |
| Account No. | | | | Business debt | | | | |
| **Reina Capital** **P.O.Box 674** **Dallas, TX 75267** | X | - | | | | | | 3,350.15 |

| | | |
|---|---|---|
| Sheet no. __22__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 205,635.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis**                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Royal Auto inc./ML Auto Enterprises 1852 Admiral Court Glenview, IL 60025 | X | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Sanders Hardware Supplies 139 S. Wheeling Rd Wheeling, IL 60090 | X | - | | | | | | 937.56 |
| Account No. | | | | Business debt | | | | |
| SDU capital Kiev/Dmitriy Savenko Brovarskiy Ave 31 Ukraine, Kiev   02206 | X | - | | | | | | 320,000.00 |
| Account No. | | | | Business Debt | | | | |
| Sergey Shush PO Box 528 Glencoe, IL 60022 | X | - | | | | | X | 200,000.00 |
| Account No. | | | | Business Debt | | | | |
| Snapon Credit LLC 950 Technology Way, Suite 301 Libertyville, IL 60048 | X | - | | | | | | 5,992.04 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **526,929.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Spencer Welding Services** <br> **3215 Doolittle Dr.** <br> **Northbrook, IL 60062** | X | - | | **Business Debt** | | | | 60.00 |
| Account No. 847-850-5465 <br><br> **TDS Metrocom** <br> **525 Junction Rd. Ste. 6000** <br> **Madison, WI 53717** | X | - | | **Business Debt** | | | | 2,379.03 |
| Account No. 47088 <br><br> **The Hercules Tire & Rubber Company** <br> **3710 River Rd. Suite 400** <br> **Franklin Park, IL 60131** | X | - | | **Business Debt** | | | | 1,872.02 |
| Account No. <br><br> **Tomash Litwiki** | | - | | | | | | 100,000.00 |
| Account No. 8788850004653 <br><br> **Trans national Bankcard** <br> **9600 West Bryn Mawer Ave** <br> **Des Plaines, IL 60018** | X | - | | **Business Debt** | | | | 20,000.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **124,311.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis**                                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **32616** | | | Business Debt | | | | |
| **UNISHIPERS** P.O.Box 1166 Northbrook, IL 60065 | X | - | | | | | 3,761.15 |
| Account No. **448268** | | | Business Debt | | | | |
| **United Healthcare Insurance** Dept CH10151 Palatine, IL 60055 | X | - | | | | | 7,122.96 |
| Account No. **-000199372953968** | | | Opened 2/08/10 Credit account. | | | | |
| **Us Bank Hogan Loc** Po Box 5227 Cincinnati, OH 45201 | | - | | | X | | 506.00 |
| Account No. | | | Business Debt | | | | |
| **Valentin and Natalia Kvaterman** 1277 S. Christine Ct. Vernon Hills, IL | X | - | | | X | | 300,000.00 |
| Account No. | | | Business Debt | | | | |
| **Valeriy Katz** 2 Beacon Ct Buffalo Grove, IL 60089 | X | - | | | | | 80,000.00 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

391,390.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis**                                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Veronika Lando <br> 2422 Sawgrass Court <br> Deerfield, IL 60015 | X | - | Business Debt | | | | 0.00 |
| Account No. **12-L-8434** <br><br> Viktar Ivanou <br> c/o Rosaire M. Hall, Esq. <br> 4746 W. Bryn Mawr <br> Chicago, IL 60646 | | - | Breach of contract against Prestigue Leasing, Inc.; personal liability disputed; commercial. | | X | X | 40,001.00 |
| Account No. **17087p** <br><br> Village of Buffalo Grove <br> 50 Raupp Blvd. <br> Buffalo Grove, IL 60089-2100 | X | - | Business Debt | | | | 732.50 |
| Account No. <br><br> Vladimir Frankfurt <br> 816 Winchester Ln <br> Northbrook, IL 60062 | X | - | Business Debt | | | | 100,000.00 |
| Account No. **180015781520083** <br><br> Waste Managment <br> 2625 W. Grandview Rd. <br> Phoenix, AZ 85023 | X | - | Business Debt | | | | 618.37 |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

141,351.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Leon Bilis**                                                                    ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| West Port Auto House 2304 Linberg Blvd. Saint Louis, MO 63114 | X | - | | | | | | | 50,000.00 |
| Account No. | | | | | Business Debt | | | | |
| William Saetz 155 North Michigan Ave.Suite 622 Chicago, IL 60601 | X | - | | | | | | | 5,000.00 |
| Account No. | | | | | Business Debt | | | | |
| World Pack 31137 Hickory St. PO Box 5022 Newark, CA 94560 | X | - | | | | | | | 23,992.04 |
| Account No. | | | | | Business Debt | | | | |
| Y2K Financial Inc. 900 Skokie Blvd suite 220 Northbrook, IL 60062 | X | - | | | | | X | | 200,000.00 |
| Account No. | | | | | Business debt | | | | |
| Yakov Plotkin 3433-37 N. Pulaski Rd. Chicago, IL 60641 | X | - | | | | | X | | 50,000.00 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **328,992.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Leon Bilis** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Yan Bolotin** <br> **2825 Woodland Dr.** <br> **Northbrook, IL 60062** | X | - | **Business Debt** | | X | | 500,000.00 |
| Account No. **PS1** <br><br> **Zeus Concepts LLC** <br> **P.O.Box 2397** <br> **Northbrook, IL 60065** | X | - | **Business Debt** | | | | 1,225.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __28__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 501,225.00 |
| | Total <br> (Report on Summary of Schedules) | 17,828,815.36 |

B6G (Official Form 6G) (12/07)

.

In re   **Leon Bilis**                                                                    ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Leon Bilis**                                                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marianna Bilis**<br>**3917 Charlie Court**<br>**Glenview, IL 60026** | **Amr Eagle Bk**<br>**556 Randall Road**<br>**South Elgin, IL 60177** |
| **Marianna Bilis**<br>**3917 Charlie Court**<br>**Glenview, IL 60026** | **Chase**<br>**PO Box 901039**<br>**Fort Worth, TX 76101** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Yan Bolotin**<br>**2825 Woodland Dr.**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **AFC**<br>**3434 Colony Bay Drive**<br>**Rockford, IL 61109** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **American Eagle Bank**<br>**556 Randall Road**<br>**South Elgin, IL 60177** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Advanced Auto Center**<br>**3433-37 N. Pulaski Rd.**<br>**Chicago, IL 60641** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Aleksandr Troyanovskiy**<br>**1755 Braeside Ln.**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Alex Lipets**<br>**900 Skokie Blvd. Suite 220**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Alex Zdanov**<br>**900 Skokie Blvd Suite 220**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Anna Zinoviev**<br>**1852 Admiral Ct.**<br>**Glenview, IL 60025** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Arkadiy Starobin**<br>**6847 Lockwood Ave**<br>**Skokie, IL 60077** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Boris Weiserman**<br>**2422 Sawgrass Court**<br>**Deerfield, IL 60015** |

**8**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Leon Bilis**                                                    ,   Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Michael Abramovich**<br>**450 Thorndale Ct.,**<br>**Buffalo Grove, IL 60089** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Michael Lopatinskiy**<br>**1852 Admiral Ct.**<br>**Glenview, IL 60025** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Michael Roytman**<br>**1022 Sussex Dr.**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Mokin LLC**<br>**1755 Braeside Ln**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Oksana Kortchak**<br>**120 Oakhill Dr**<br>**Wood Dale, IL 60191** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Raissa Khramova**<br>**7121 W. Niles Rd.,**<br>**Niles, IL 60076** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Sergey Shush**<br>**PO Box 528**<br>**Glencoe, IL 60022** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Valentin and Natalia Kvaterman**<br>**1277 S. Christine Ct.**<br>**Vernon Hills, IL** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Y2K Financial Inc.**<br>**900 Skokie Blvd suite 220**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Yakov Plotkin**<br>**3433-37 N. Pulaski Rd.**<br>**Chicago, IL 60641** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **IG Leasin and Financial LLC**<br>**1501 Joliet st.**<br>**Dyer, IN 46311** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Igor Nemov**<br>**4341 Exeter Ln.**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Konstantin Morozov**<br>**401 Valley View Rd. Unit B**<br>**Barrington, IL 60010** |

Sheet __1__ of __8__  continuation sheets attached to the Schedule of Codebtors

In re   **Leon Bilis**                                                                                      ,   Case No. _____

                                                                   Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **L&Z Develepment**<br>**900 Skokie Blvd., Suite 220**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Leonid and Mila Gutkin**<br>**217 Old Oak Ct. West**<br>**Buffalo Grove, IL 60089** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **MAFS**<br>**6205 Peachtree Dunwoody Rd.**<br>**Atlanta, GA 30328** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **American Eagle Bank**<br>**556 Randall Road**<br>**South Elgin, IL 60177** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Bank Financial**<br>**One marriott Drive**<br>**Lincolnshire, IL 60069** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **SDU capital Kiev/Dmitriy Savenko**<br>**Brovarskiy Ave 31**<br>**Ukraine, Kiev   02206** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Elite Motors Inc.**<br>**822 N. Lake St.**<br>**Mundelein, IL 60060** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Gene Silin**<br>**1244 Victory Square**<br>**Moscow, Russia** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **West Port Auto House**<br>**2304 Linberg Blvd.**<br>**Saint Louis, MO 63114** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Minna Ink**<br>**762 Lacrosse Ave.**<br>**Wilmette, IL 60091** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Boris Labinov**<br>**18 N. Ada st. #B**<br>**Chicago, IL 60607** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **FB Construction**<br>**2825 Woodland Dr.**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Felix Bolotin**<br>**2825 Woodland Dr.**<br>**Northbrook, IL 60062** |

Sheet __**2**__ of __**8**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                   Best Case Bankruptcy

In re  **Leon Bilis**                                                        ,      Case No. _____

                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Vladimir Frankfurt**<br>**816 Winchester Ln**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Valeriy Katz**<br>**2 Beacon Ct**<br>**Buffalo Grove, IL 60089** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Reina Capital**<br>**P.O.Box 674**<br>**Dallas, TX 75267** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Snapon Credit LLC**<br>**950 Technology Way, Suite 301**<br>**Libertyville, IL 60048** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **World Pack**<br>**31137 Hickory St. PO Box 5022**<br>**Newark, CA 94560** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Alex Boltin**<br>**425 Huel Rd. Unit B**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **GE Capital Retail Bank**<br>**P.O. Box 981439**<br>**El Paso, TX 79998** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Veronika Lando**<br>**2422 Sawgrass Court**<br>**Deerfield, IL 60015** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Irwin Commercil Finance**<br>**50 WASHINGTON St. 10th floor**<br>**Norwalk, CT 06854** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **New World Fundings, Inc.** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Aleksander Petlakh**<br>**4115  Florence Way**<br>**Glenview, IL 60025** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Glenview Developmet Group, LLC**<br>**900 Skokie Blvd Suite 220**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **McGrath lexus of Chicago**<br>**1250 Division St.**<br>**Chicago, IL 60642** |

Sheet __3__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Leon Bilis**                                                      Case No. _____

                                         ,
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Jan Pro Cleaning of Northern Illino**<br>**16W241 S.Frontage Rd. Suite 33**<br>**Willowbrook, IL 60527** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Royal Auto inc./ML Auto Enterprises**<br>**1852 Admiral Court**<br>**Glenview, IL 60025** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Chicago Office Technology**<br>**4 Territorial Court**<br>**Bolingbrook, IL 60440** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **NAPA Auto Parts**<br>**82 E. Dundee Rd.**<br>**Wheeling, IL 60090** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Larchenko Vasiliy**<br>**2182 Second St**<br>**Northbrook, IL 60062** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Arlington Nissan**<br>**1100 W. Dundee Rd.**<br>**Arlington Heights, IL 60004** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **William Saetz**<br>**155 North Michigan Ave.Suite 622**<br>**Chicago, IL 60601** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Design Brigde Ltd.**<br>**1415 West Garbda Ave.**<br>**Chicago, IL 60642** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Buffalo Grove Professional Building**<br>**150 Oakwood**<br>**Buffalo Grove, IL 60089** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Intergrated Leasing**<br>**734 Walt Whitman Rd.**<br>**Melville, NY 11747** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Hudson Energy Services, LLC**<br>**PO Box 142109**<br>**Irving, TX 75014** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Waste Managment**<br>**2625 W. Grandview Rd.**<br>**Phoenix, AZ 85023** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **CU Diresct Corporation**<br>**2855 E.Guasti Rd. Suite 500**<br>**Ontario, CA 91761** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re     **Leon Bilis**                                                      ,     Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Aramark Uniforms Services**<br>**AUCA Chicago market Center Lockbox**<br>**Chicago, IL 60673** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **The Hercules Tire & Rubber Company**<br>**3710 River Rd. Suite 400**<br>**Franklin Park, IL 60131** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Employers Preffed Inc. Co**<br>**13890 Bishop Drive, Suite 210**<br>**Brookfield, WI 53005** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Zeus Concepts LLC**<br>**P.O.Box 2397**<br>**Northbrook, IL 60065** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Direct TV Inc**<br>**Business Service Center**<br>**P.O. Box 5329**<br>**Miami, FL 33152** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **ALLDATA**<br>**9650 W. Taron DR. Ste.100**<br>**Elk Grove, CA 95757** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **National Credit Center, Inc.**<br>**2605 Camino Del Rio South**<br>**4th Floor**<br>**San Diego, CA 92108** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Auto Trader.com Inc.**<br>**P.O.Box 932207**<br>**Atlanta, GA 31393** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Otis Elevator Company**<br>**949 Oak Creek Drive**<br>**Lombard, IL 60148** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **National Auto research Division**<br>**P.O. Box 404040**<br>**Atlanta, GA 30384** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **J&R Automotive, Inc**<br>**889 N.larch**<br>**Elmhurst, IL 60126** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Pitney Bowes**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **TDS Metrocom**<br>**525 Junction Rd. Ste. 6000**<br>**Madison, WI 53717** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re   **Leon Bilis**

_____,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **NOWCOM**<br>**4751 Wilshire Blvd. Suite 115**<br>**Los Angeles, CA 90010** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **UNISHIPERS**<br>**P.O.Box 1166**<br>**Northbrook, IL 60065** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Dealerskins**<br>**P.O.Box 3808**<br>**Norfolk, VA 23514** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Euclid managers**<br>**234 Spring lake Dr.**<br>**Itasca, IL 60143** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Motor Werks Partners LP**<br>**1475 S. Barrington Rd.**<br>**Barrington, IL 60010** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Arlington Automotive Group, Inc.**<br>**2095 N. Rand Road**<br>**Palatine, IL 60074** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Carfax**<br>**5860 Trinity Parkway Suite 600**<br>**Centreville, VA 20120-1967** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Citi Bank**<br>**P.O.Box 6235 Sioux Falls,**<br>**Sioux Falls, SD 57117-6235** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Dealer Track**<br>**1111 MArcus Ave. Suite M04**<br>**Lake Success, NY 11042** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Lease Corporation of America**<br>**3150 Livernoise Rd. Suite 300**<br>**Troy, MI 48083** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Lease Consultans Corporation**<br>**P.O. Box 71397**<br>**Des Moines, IA 50325** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Comcast**<br>**2508 west Route 120**<br>**McHenry, IL 60051** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **MAN Marketing Inc**<br>**765 Kimberly Dr**<br>**Carol Stream, IL 60188** |

Sheet __**6**__ of __**8**__ continuation sheets attached to the Schedule of Codebtors

In re   **Leon Bilis**                                                  ,   Case No. _____

_____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Bill Stasek Chevrolet**<br>**700 W. Dundee Rd.**<br>**Wheeling, IL 60090** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Atlantic Global LLC**<br>**1250 Newark Turnpike**<br>**Kearny, NJ 07032** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Chase Auto Finance**<br>**201 N. Central Ave. Floor 12**<br>**Phoenix, AZ 85004** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Chicago Sprinkler Company**<br>**8506 N. Kedvale Ave.**<br>**Skokie, IL 60076** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Global Payments**<br>**Department CBD**<br>**10705 Red Run Blvd.**<br>**Owings Mills, MD 21117** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Northern Leasing Systems, Inc**<br>**132 West 31st Street, 14th Floor**<br>**New York, NY 10001-3405** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **United Healthcare Insurance**<br>**Dept CH10151**<br>**Palatine, IL 60055** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Pro Finish**<br>**649 Chase Ave.**<br>**Elk Grove Village, IL 60007** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Arlington Acura**<br>**1275 E. Dundee**<br>**Palatine, IL 60074** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **LKQ**<br>**2247 W. 139th St. Blue**<br>**Blue Island, IL 60406** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Trans national Bankcard**<br>**9600 West Bryn Mawer Ave**<br>**Des Plaines, IL 60018** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **ADAMS System**<br>**30500 State HWY 181 suite 462**<br>**Spanish Fort, AL 36527** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **CDMdata Inc**<br>**PO Box 935214**<br>**Atlanta, GA 31193** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re    **Leon Bilis**
_____,    Case No. _____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **K&M Tire-Delphos**<br>**LTZ Box 279;965**<br>**Delphos, OH 45833** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Sanders Hardware Supplies**<br>**139 S. Wheeling Rd**<br>**Wheeling, IL 60090** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **National Credit Center, Inc.**<br>**2605 Camino Del Rio South**<br>**4th Floor**<br>**San Diego, CA 92108** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **CVR computerized Vehicle Registrati**<br>**7000 Village Dr**<br>**Buena Park, CA 90621** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Village of Buffalo Grove**<br>**50 Raupp Blvd.**<br>**Buffalo Grove, IL 60089-2100** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **MCA Management Company**<br>**PO BOX 480**<br>**High Ridge, MO 63049** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **EBAY Inc** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Comed**<br>**Customer Care Center**<br>**PO Box 87522**<br>**Chicago, IL 60680** |
| **Prestige Leasing, Inc.**<br>**88 E. Dundee Road**<br>**Buffalo Grove, IL 60089** | **Spencer Welding Services**<br>**3215 Doolittle Dr.**<br>**Northbrook, IL 60062** |

Sheet   **8**   of   **8**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Leon Bilis**                                                                 Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**10** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed-no income generated** | **Selfemployed** |
| Name of Employer | **Unemployed** | **Vilis Vision, Inc.** |
| How long employed | **Nov. 2011 to present** | **1996 to present** |
| Address of Employer | **3917 Charlie Court**<br>**Glenview, IL 60026** | **3917 Charlie Court**<br>**Glenview, IL 60026** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 1,667.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,667.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 598.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 598.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,069.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 1,385.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify):  **Unemployment** | $ | 0.00 | $ | 2,208.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,385.00 | $ | 2,208.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,385.00 | $ | 3,277.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,662.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor's spouse's income is based on her 2011 corporate income taxes & 2010 personal income taxes (personal income taxes for 2011 are not completed at time of filing).**

B6J (Official Form 6J) (12/07)

In re  **Leon Bilis** _____   Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| a. Are real estate taxes included?         Yes ___      No **X** | | |
| b. Is property insurance included?         Yes ___      No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 100.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **Cellular telephone** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 125.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 850.00 |
| d. Auto | $ | 250.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 980.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)       $   **4,825.00**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Rent and utilities are projected as current real estate is to be surrendered.**
**Insurance payments reflect combined homeowner's & vheicle policy.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $  4,662.00 |
| b. | Average monthly expenses from Line 18 above | $  4,825.00 |
| c. | Monthly net income (a. minus b.) | $  -163.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Leon Bilis**                                                                Case No. _____
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Anticipated braces for minor child** | $ | **330.00** |
| **Extra curric. activites & add. educ. for child** | $ | **350.00** |
| **Student loans** | $ | **300.00** |
| **Total Other Expenditures** | $ | **980.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Leon Bilis**

Case No. _____

Debtor(s)          Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __51__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 2, 2012**

Signature  **/s/ Leon Bilis**

**Leon Bilis**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Leon Bilis**
_____
Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$67,500.00** | **2010:**<br>**Prestige Leasing, Inc.** |
| **$26,336.00** | **2010:**<br>**K-1 income** |
| **$12,000.00** | **2011:**<br>**Prestige Leasing, Inc.** |
| **$19,872.00** | **2012:**<br>**Unemployment income (at $1,104 every two weeks; aprox. through Sept.)** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,019.00 | 2010:<br>Joint: Federal income tax return |
| $1,729.00 | 2010:<br>Joint: Taxable refund |

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Eagle Bank v. Bilis, et al. No. 12-CH-31692** | **Forclosure** | **Cook County, Illinois** | **Pending** |
| **American Eagle Bank v. Leon Bilis, et al. No. 12-L-005938** | **Beach of Contract** | **Cook County, Illinois** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **American Eagle Bank v. Bilis, et al. No. 12-L-050407** | **Breach of Contract** | **Cook County, Illinois** | **Judgment entered against debtor** |
| **Buffalo Grove Prof. v. Bilis, et al. No. 12-L-000159** | **Breach of personal guarantee on commercial lease** | **Cook County, Illinois** | **Ex-parte judgment against debtor entered 19 July 2012.** |
| **Viktar Ivanou v. Bilis No. 12-L-8434** | **Breach of Contract against Prestigue Leasing (disputed as to personal liability)** | **Cook County, Illinois** | **Pending** |
| **American Chartered Bank v. Bilis, et al. No. 12-CH-01971** | **Forclosure & breach of personal guarantee** | **Cook County, Illinois** | **Pending.** |
| **Automotive Finance Corp. v. Bilis, et al. No. 49D71201CC002163** | **Breach of Contract & personal guaranty** | **Marion County, Indiana** | **Ex-parte judgment entered against debtor.** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kaplan Law Offices, P.C.**<br>**950 Skokie Boulevard**<br>**Suite #310**<br>**Northbrook, IL 60062** | **24 Sept. 2012** | **$1,300 (including filing fees)** |

### 10.  Other transfers

None ☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Alexander Lipets, et al.**<br>**900 Skokie Blvd., Ste. 220**<br>**Northbrook, IL 60062**<br>     **Purchaser/Partner** | **Dec. 2011** | **Debtor had a ¼ membership interest in Glenview Development, LLC.  He transferred his interest to his partners in consideration for partners to negotiate with lenders.  The LLC owned 3 parcels of real estate: (1) 1155 Waukegan Road, (2) 1148 Waukegan Road, & (3) 1200 Waukegan Road, Glenview, Illinois.  Value of properties less than mortgage obligations encumbering same.** |

5

None ■
   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16.  Spouses and Former Spouses

None ■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐      a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Prestige Leasing, Inc.** | 36-4087073 | **88 Dundee Buffalo Grove, IL 60089** | **Car sales** | **26 April 1996 to Oct/ Nov. 2011** |
| **3601 Buffalo Grove Road, LLC** | 26-2766089 | **88 E. Dundee Road. Buffalo Grove, IL 60089** | **Real estate holding; single asset real estate** | **05 Feb. 2008 to present (not operating; property in forclosure)** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Leart Managment Corporation** | 20-8379458 | **555 Skokie Blvd. Northbrook, IL 60062** | **Managment** | **01 Feb. 2007 to 08 July 2011 (invol. dissolution)** |
| **Glenview Development Corp, LLC** | 20-0083322 | **900 Skokie Blvd., Ste. 220 Northbrook, IL 60062** | **Development of real estate** | **10 July 2007 to Dec. 2011** |
| **Millennium Holding Company** | 36-4313119 | **1160 Waukegan Road Glenview, IL 60025** | **Car rental company** | **02 August 1999 to 03 Jan. 2005 (invol. dissol.)** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Alexander Bogachkov Accounting & Counsel**           **2010 income tax returns**
**4020 Greenleaf Street**
**Skokie, IL 60076**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October  2, 2012**                      Signature  **/s/ Leon Bilis**

                                                                **Leon Bilis**
                                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Leon Bilis** _____   Case No. _____

Debtor(s)                          Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Amr Eagle Bk** | **Describe Property Securing Debt:**<br>**Single Family Residence:**<br>**3917 Charlie Court**<br>**Glenview, Illinois 60026** |

Property will be (check one):
■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Single Family Residence:**<br>**3917 Charlie Court**<br>**Glenview, Illinois 60026** |

Property will be (check one):
■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Investment/Condominium:**<br>**3001 S. Ocean Drive**<br>**Hollywood, FL 33019** |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Investment/Condominium:**<br>**3001 S. Ocean Drive**<br>**Hollywood, FL 33019** |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October  2, 2012**            Signature    **/s/ Leon Bilis**
                                              **Leon Bilis**
                                              Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Leon Bilis**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,194.00** |
| Prior to the filing of this statement I have received | $ | **1,194.00** |
| Balance Due | $ | **0.00** |

2.    $ **306.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
reaffirmation agreements and applications as needed.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
of liens on household goods.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **October  2, 2012**

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**
**(847) 509-9800  Fax: (847) 509-9801**
**alex@alexkaplanlegal.com**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Leon Bilis**
_____
Debtor(s)

Case No.
Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Leon Bilis**
_____
Printed Name(s) of Debtor(s)

X **/s/ Leon Bilis**                    **October  2, 2012**
_____
Signature of Debtor                    Date

Case No. (if known)  _____

X  _____
Signature of Joint Debtor (if any)         Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Leon Bilis**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **262**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October  2, 2012**

**/s/ Leon Bilis**

**Leon Bilis**
Signature of Debtor

ADAMS System
30500 State HWY 181 suite 462
Spanish Fort, AL 36527


Advanced Auto Center
3433-37 N. Pulaski Rd.
Chicago, IL 60641


AFC
3434 Colony Bay Drive
Rockford, IL 61109


Aleksander Petlakh
4115 Florence Way
Glenview, IL 60025


Aleksandr Troyanovskiy
1755 Braeside Ln.
Northbrook, IL 60062


Alex Boltin
425 Huel Rd. Unit B
Northbrook, IL 60062


Alex Lipets
900 Skokie Blvd. Suite 220
Northbrook, IL 60062


Alex Zdanov
900 Skokie Blvd Suite 220
Northbrook, IL 60062


ALLDATA
9650 W. Taron DR. Ste.100
Elk Grove, CA 95757


American Chartered Bank
c/o Latimer Levay Fyock, LLC
55 West Monroe St., Ste. 1100
Chicago, IL 60603


American Chartered Bank
1199 E. Higgins Road
Schaumburg, IL 60173

American Eagle Bank
c/o Aronberg Goldgehn
330 N. Wabash Ave., Ste. 1700
Chicago, IL 60611


American Eagle Bank
c/o Aronberg Goldgehn
330 N. Wabash Ave., Ste. 1700
Chicago, IL 60611


American Eagle Bank
556 Randall Road
South Elgin, IL 60177


American Eagle Bank
556 Randall Road
South Elgin, IL 60177


American Eagle Bank
c/o Aronberg Goldgehn
330 N. Wabash Ave., STe. 1700
Chicago, IL 60611


American Eagle Bank
c/o Aronberg Goldgehn
330 N. Wabash Ave., STe. 1700
Chicago, IL 60611


American Egale Bank
c/o Aronberg Goldgehn Davis
330 N. Wabash, Unit 1700
Chicago, IL 60611


Amr Eagle Bk
556 Randall Road
South Elgin, IL 60177


Amr Eagle Bk
556 Randall Road
South Elgin, IL 60177


Amr Eagle Bk
556 Randall Road
South Elgin, IL 60177

Amr Eagle Bk
556 Randall Road
South Elgin, IL 60177


Anna Zinoviev
1852 Admiral Ct.
Glenview, IL 60025


Aramark Uniforms Services
AUCA Chicago market Center Lockbox
Chicago, IL 60673


Arkadiy Starobin
6847 Lockwood Ave
Skokie, IL 60077


Arlington Acura
1275 E. Dundee
Palatine, IL 60074


Arlington Automotive Group, Inc.
2095 N. Rand Road
Palatine, IL 60074


Arlington Nissan
1100 W. Dundee Rd.
Arlington Heights, IL 60004


Aronberg Goldgehn
330 N. Wabash Ave.
Ste., 1700
Chicago, IL 60611-3586


Atlantic Global LLC
1250 Newark Turnpike
Kearny, NJ 07032


Auto Trader.com Inc.
P.O.Box 932207
Atlanta, GA 31393


Automotive Finance Corp.
c/o Rubin & Levin, P.C.
342 Massachusetts Ave., Ste. 500
Indianapolis, IN 46204-2161

Bank Financial
6415 West 95th Street
Chicago Ridge, IL 60415-2600


Bank Financial
One marriott Drive
Lincolnshire, IL 60069


Bank of America
PO Box 650071
Dallas, TX 75265-0071


Bill Stasek Chevrolet
700 W. Dundee Rd.
Wheeling, IL 60090


Bk Of Amer
P.O. Box 17054
Wilmington, DE 19884


Bk Of Amer
P.O. Box 17054
Wilmington, DE 19884


Bk Of Amer
P.O. Box 17054
Wilmington, DE 19884


Boris Labinov
18 N. Ada st. #B
Chicago, IL 60607


Boris Weiserman
2422 Sawgrass Court
Deerfield, IL 60015


Buffalo Grove Prof.
c/o Leon Zelechowski, Ltd.
111 W. Washington, Unit 1051
Chicago, IL 60602


Buffalo Grove Professional Building
150 Oakwood
Buffalo Grove, IL 60089

Cach, Llc
4340 S Monaco St Unit 2
Denver, CO 80237


Cach, Llc
4340 S Monaco St Unit 2
Denver, CO 80237


Carfax
5860 Trinity Parkway Suite 600
Centreville, VA 20120-1967


CDMdata Inc
PO Box 935214
Atlanta, GA 31193


Chase
Po Box 24696
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850


Chase
PO Box 901039
Fort Worth, TX 76101


Chase Auto Finance
201 N. Central Ave. Floor 12
Phoenix, AZ 85004


Chicago Office Technology
4 Territorial Court
Bolingbrook, IL 60440


Chicago Sprinkler Company
8506 N. Kedvale Ave.
Skokie, IL 60076


Citi
Po Box 6241
Sioux Falls, SD 57117

Citi Bank
P.O.Box 6235 Sioux Falls,
Sioux Falls, SD 57117-6235


Comcast
2508 west Route 120
McHenry, IL 60051


Comed
Customer Care Center
PO Box 87522
Chicago, IL 60680


CU Diresct Corporation
2855 E.Guasti Rd. Suite 500
Ontario, CA 91761


CVR computerized Vehicle Registrati
7000 Village Dr
Buena Park, CA 90621


Dealer Track
1111 MArcus Ave. Suite M04
Lake Success, NY 11042


Dealerskins
P.O.Box 3808
Norfolk, VA 23514


Design Brigde Ltd.
1415 West Garbda Ave.
Chicago, IL 60642


Direct TV Inc
Business Service Center
P.O. Box 5329
Miami, FL 33152


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Dmitriy Shraybman
600 Heathrow Dr.
Lincolnshire, IL 60069

EBAY Inc


Elite Motors Inc.
822 N. Lake St.
Mundelein, IL 60060


Ella Shafran
1806 Avalon Dr.
Wheeling, IL 60090


EMC Invest
900 Skokie Blvd. suite 220
Northbrook, IL 60062


Employers Preffed Inc. Co
13890 Bishop Drive, Suite 210
Brookfield, WI 53005


Euclid managers
234 Spring lake Dr.
Itasca, IL 60143


FB Construction
2825 Woodland Dr.
Northbrook, IL 60062


Felix Bolotin
2825 Woodland Dr.
Northbrook, IL 60062


GE Capital Retail Bank
P.O. Box 981439
El Paso, TX 79998


Gene Silin
1244 Victory Square
Moscow, Russia


Glenview Developmet Group, LLC
900 Skokie Blvd Suite 220
Northbrook, IL 60062

Global Payments
Department CBD
10705 Red Run Blvd.
Owings Mills, MD 21117

Hudson Energy Services, LLC
PO Box 142109
Irving, TX 75014

IG Leasin and Financial LLC
1501 Joliet st.
Dyer, IN 46311

Igor Nemov
4341 Exeter Ln.
Northbrook, IL 60062

Intergrated Leasing
734 Walt Whitman Rd.
Melville, NY 11747

Irwin Commercil Finance
50 WASHINGTON St. 10th floor
Norwalk, CT 06854

J&R Automotive, Inc
889 N.larch
Elmhurst, IL 60126

Jan Pro Cleaning of Northern Illino
16W241 S.Frontage Rd. Suite 33
Willowbrook, IL 60527

K&M Tire-Delphos
LTZ Box 279;965
Delphos, OH 45833

Konstantin Morozov
401 Valley View Rd. Unit B
Barrington, IL 60010

L&Z Develepment
900 Skokie Blvd., Suite 220
Northbrook, IL 60062

Larchenko Vasiliy
2182 Second St
Northbrook, IL 60062


Lease Consultans Corporation
 P.O. Box 71397
Des Moines, IA 50325


Lease Corporation of America
3150 Livernoise Rd. Suite 300
Troy, MI 48083


Leonid and Mila Gutkin
217 Old Oak Ct. West
Buffalo Grove, IL 60089


LKQ
2247 W. 139th St. Blue
Blue Island, IL 60406


MAFS
6205 Peachtree Dunwoody Rd.
Atlanta, GA 30328


MAN Marketing Inc
765 Kimberly Dr
Carol Stream, IL 60188


Marianna Bilis
3917 Charlie Court
Glenview, IL 60026


Marianna Bilis
3917 Charlie Court
Glenview, IL 60026


Mark Kachar
181 W FoxHill Dr.
Buffalo Grove, IL 60089


Mb Financial Bank
6111 N River Rd
Rosemont, IL 60018

MBNA America, N.C.
c/o Cach, LLC/P Scott Lowery, PC
5680 Greenwood Plaza, Ste. 500
Englewood, CO 80111


MBNA America, N.C.
c/o Cach, LLC/P Scott Lowery, PC
5680 Greenwood Plaza, Ste. 500
Englewood, CO 80111


MCA Management Company
PO BOX 480
High Ridge, MO 63049


McGrath lexus of Chicago
1250 Division St.
Chicago, IL 60642


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Michael Abramovich
450 Thorndale Ct.,
Buffalo Grove, IL 60089


Michael Lopatinskiy
1852 Admiral Ct.
Glenview, IL 60025


Michael Roytman
1022 Sussex Dr.
Northbrook, IL 60062


Microbilt Collection A
1640 Airport Rd Nw Ste 1
Kennesaw, GA 30144


Minna Ink
762 Lacrosse Ave.
Wilmette, IL 60091


Mokin LLC
1755 Braeside Ln
Northbrook, IL 60062

Motor Werks Partners LP
1475 S. Barrington Rd.
Barrington, IL 60010


NAPA Auto Parts
82 E. Dundee Rd.
Wheeling, IL 60090


National Auto research Division
P.O. Box 404040
Atlanta, GA 30384


National Credit Center, Inc.
2605 Camino Del Rio South
4th Floor
San Diego, CA 92108


National Credit Center, Inc.
2605 Camino Del Rio South
4th Floor
San Diego, CA 92108


New World Fundings, Inc.


Nicor Gas
PO Box 0632
Aurora, IL 60507


Northern Leasing Systems, Inc
132 West 31st Street, 14th Floor
New York, NY 10001-3405


NOWCOM
4751 Wilshire Blvd. Suite 115
Los Angeles, CA 90010


Oksana Kortchak
120 Oakhill Dr
Wood Dale, IL 60191


Otis Elevator Company
949 Oak Creek Drive
Lombard, IL 60148

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089

Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Prestige Leasing, Inc.
88 E. Dundee Road
Buffalo Grove, IL 60089


Pro Finish
649 Chase Ave.
Elk Grove Village, IL 60007


Raissa Khramova
7121 W. Niles Rd.,
Niles, IL 60076


Reina Capital
P.O.Box 674
Dallas, TX 75267


Royal Auto inc./ML Auto Enterprises
1852 Admiral Court
Glenview, IL 60025


Sanders Hardware Supplies
139 S. Wheeling Rd
Wheeling, IL 60090


SDU capital Kiev/Dmitriy Savenko
Brovarskiy Ave 31
Ukraine, Kiev 02206


Sergey Shush
PO Box 528
Glencoe, IL 60022


Snapon Credit LLC
950 Technology Way, Suite 301
Libertyville, IL 60048


Spencer Welding Services
3215 Doolittle Dr.
Northbrook, IL 60062

TDS Metrocom
525 Junction Rd. Ste. 6000
Madison, WI 53717


The Hercules Tire & Rubber Company
3710 River Rd. Suite 400
Franklin Park, IL 60131


Tomash Litwiki



Trans national Bankcard
9600 West Bryn Mawer Ave
Des Plaines, IL 60018


UNISHIPERS
P.O.Box 1166
Northbrook, IL 60065


United Healthcare Insurance
Dept CH10151
Palatine, IL 60055


Us Bank Hogan Loc
Po Box 5227
Cincinnati, OH 45201


Valentin and Natalia Kvaterman
1277 S. Christine Ct.
Vernon Hills, IL


Valeriy Katz
2 Beacon Ct
Buffalo Grove, IL 60089


Veronika Lando
2422 Sawgrass Court
Deerfield, IL 60015


Viktar Ivanou
c/o Rosaire M. Hall, Esq.
4746 W. Bryn Mawr
Chicago, IL 60646

Village of Buffalo Grove
50 Raupp Blvd.
Buffalo Grove, IL 60089-2100


Vladimir Frankfurt
816 Winchester Ln
Northbrook, IL 60062


Waste Managment
2625 W. Grandview Rd.
Phoenix, AZ 85023


West Port Auto House
2304 Linberg Blvd.
Saint Louis, MO 63114


William Saetz
155 North Michigan Ave.Suite 622
Chicago, IL 60601


World Pack
31137 Hickory St. PO Box 5022
Newark, CA 94560


Y2K Financial Inc.
900 Skokie Blvd suite 220
Northbrook, IL 60062


Yakov Plotkin
3433-37 N. Pulaski Rd.
Chicago, IL 60641


Yan Bolotin
2825 Woodland Dr.
Northbrook, IL 60062


Zeus Concepts LLC
P.O.Box 2397
Northbrook, IL 60065

01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:           )

   **Leonid Bilis**     ) Chapter **7**

            ) Bankruptcy Case No.

            )

   Debtor(s)      )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.  [To be completed in all cases]

  I(We), **Leonid Bilis** and , the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.  [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

  ☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Leonid Bilis**
_____
Printed or Typed Name of Debtor or Representative

                  _____
                  Printed or Typed Name of Joint Debtor

_____
Signature of Debtor or Representative

                  _____
                  Signature of Joint Debtor

**October  1, 2012**
_____
Date

                  _____
                  Date

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Leon Bilis**

Debtor(s)

Case No.

Chapter    **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:                                  $                        **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income                                                                      $                        **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **0.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                            TOTAL

21. Other (Specify):

DESCRIPTION                                            TOTAL

22. Total Monthly Expenses (Add items 3-21)                                        $                        **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)        $                        **0.00**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Leon Bilis**

Debtor

Case No. _____

Chapter _____ **7** _____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date___ **October  2, 2012** _____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** _____
Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**
**(847) 509-9800**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Leon Bilis** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  __Leon Bilis__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  __October  2, 2012__ _____

Signature   **/s/ Leon Bilis** _____
           **Leon Bilis**
           Debtor

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

**/s/ Leon Bilis**                                      **October  2, 2012**
Debtor's Signature                                      Date